### Marcia D. HERRIN, Petitioner,

v.

### DEPARTMENT OF THE AIR FORCE, Respondent.

No. 04–3253.

United States Court of Appeals, Federal Circuit.

Aug. 11, 2004.

James D. Colt, Principal Attorney, David M. Cohen, Franklin E. White, Jr., of Counsel, Washington, DC, for Respondent.

Marcia D. Herrin, Fort Walton Bch, FL, pro se.

### ORDER

The court treats Marcia D. Herrin's letter as a motion to withdraw her petition for review.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.